Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____
**Western District of Washington**

Case number (if known): _____   Chapter ___**7**___

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Unique Wine LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   6 0 – 0 5 2 5 1 7 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **Bert Mason** |
| **940 Thomas Ave SW** | **312 High St** |
| Number        Street | Number        Street |
| **Renton, WA 98057** | **Freeland, WA 98249** |
| City                State        ZIP Code | City                State        ZIP Code |
| | Location of principal assets, if different from principal place of business |
| **King** | |
| County | |
| | Number        Street |
| | |
| | City                State        ZIP Code |

**5. Debtor's website (URL)**   **https://uniquewine.com/wp/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4  2  4  8**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

        District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                        MM / DD / YYYY

        Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐　It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐　It needs to be physically secured or protected from the weather.

☑　It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐　Other _____

**Where is the property?** _____

　　　　　Number　　Street

　　　　　_____

　　　　　_____

　　　　　City　　　　　　　　　　State　ZIP Code

**Is the property insured?**

☑　No

☐　Yes.　Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

## ▮ Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000
☑ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/25/2024**
                  MM/ DD/ YYYY

**X**   **/s/ Bertram Mason**                             **Bertram Mason**
    Signature of authorized representative of debtor         Printed name

Title                 **President**

**18. Signature of attorney**

**X**         **/s/ Joy Lee Barnhart**       Date  **07/25/2024**
    Signature of attorney for debtor                       MM/ DD/ YYYY

    **Joy Lee Barnhart**
    Printed name

    **Law Office of Joy Lee Barnhart**
    Firm name

    **15 S. Grady Way 535**
    Number        Street

    **Renton**                         **WA**      **98057**
    City                              State      ZIP Code

    **(425) 255-5609**                **joylee@joybarnhart.com**
    Contact phone                   Email address

    **12250**                           **WA**
    Bar number                      State

Debtor name     **Unique Wine LLC**

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (if known): _____

☐ Check if this is an
    amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | OnDeck 4700 W. Daybreak Pkwy Suite 200 South Jordan, UT 84009 | | | | | | $278,400.20 |
| 2 | Ondeck Captial 4700 W. Daybreak Pkwy. 200 South Jordan, UT 84009 | | Loan | | | | $235,000.00 |
| 3 | TAUB FAMILY SELECTIONS P O BOX 733488 Dallas, TX 75373-3488 | | | | | | $214,852.68 |
| 4 | Umpqua Bank 5885 Meadows Road 400 Lake Oswego, OR 97035 | | | | | | $194,088.00 |
| 5 | C Mondavi & Family 2800 Main St Saint Helena, CA 94574 | | | | | | $130,000.00 |
| 6 | Amavi Cellars LLC 3796 PEPPERS BRIDGE ROAD WallaWalla, WA 99362 | | | | | | $65,473.91 |
| 7 | Pepper Bridge Winery LLC 3796 Peppers Bridge Rd WallaWalla, WA 99362 | | | | | | $28,564.86 |
| 8 | Pepper Bridge Winery LLC 14810 NE 145th St A3 Woodinville, WA 98072 | | | | | | $28,564.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Castellare di Castellina  Castellina in Chianti (Siena) 53011  n/a  , | | | | | | $27,114.37 |
| 10  BORTOLOMIOL SPA  GARIBALDI,  142 31049 VALDOBBIADENE  (TV)n/a  Italy, | | | | | | $25,225.00 |
| 11  GRAZIANO IMPORTS  10865 NW 29TH ST  Miami, FL 33172 | | | | | | $24,806.00 |
| 12  Atradius Collections  3500 Lacey Rd #220  Downers Grove, IL 60515 | | | | | | $18,364.20 |
| 13  Handcrafted Wine of Oregon  5035 NW Front Ave  Portland, OR 97210 | (503) 228-9450 | | | | | $17,488.00 |
| 14  HANDCRAFTED WINES OR, LLC  5035 NW FRONT AVE  Portland, OR 97210 | | | | | | $17,488.00 |
| 15  Azienda Agricola Mauro Molino  SSA  C/O MHW 1129 NORTHERN  BLVD SUITE 312  Manhasset, NY 11030 | | | | | | $17,163.00 |
| 16  Bergevin Lane Vineyards  1215 WEST POPLAR  WallaWalla, WA 99362 | | | | | | $13,186.93 |
| 17  CHLOE WINES  1521 N 121ST STREET  Seattle, WA 98133 | | | | | | $11,629.94 |
| 18  USA Wine Imports  285 W Broadway #300  New York, NY 10013 | | | | | | $11,316.00 |
| 19  Torii Mor Winery  P.O. Box 26  Dundee, OR 97115 | | | | | | $9,923.96 |
| 20  TORII MOR WINERY LLC  PO Box 26  Dundee, OR 97115 | | | | | | $9,923.00 |

# United States Bankruptcy Court
## Western District of Washington

**In re**     Unique Wine LLC

Case No. _____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................................   **$4,000.00**

    Prior to the filing of this statement I have received ..................................................................   **$4,000.00**

    Balance Due ....................................................................................................................................   **$0.00**

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:1em;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __07/25/2024__ | __/s/ Joy Lee Barnhart__ |
|---|---|
| *Date* | Joy Lee Barnhart |
| | *Signature of Attorney* |

Bar Number: 12250
Law Office of Joy Lee Barnhart
15 S. Grady Way 535
Renton, WA 98057
Phone: (425) 255-5535

__Law Office of Joy Lee Barnhart__
*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

IN RE: **Unique Wine LLC**                                    CASE NO

                                                             CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **07/25/2024**     Signature            **/s/ Bertram Mason**
                                         Bertram Mason, President

## Arbon Equipment Corp

25464 Network Place

Chicago, IL 60673-1254


## BRENEMAN GRUBE PLLC

1200 Fifth Avenue Suite 1711

Seattle, WA 98101


## CAIRDEAS WINERY

31 WINESAP AVE

Manson, WA 98831


## Chateau Bianca, Inc

17485 Highway 22

Dallas, OR 97338


## GRAPES INTERNATIONAL

ANZ BANKNG GRP-ANZBAU3M

ADELLAIDE, Australia


## MENDOCINO WINE GROUP

501 PARDUCCI RD.

Ukiah, CA 95482


## NEIGEL VINTNERS

2991 Breckenridge Dr

East Wenatchee, WA 98802


## PAITIN

12052 SERRABOELLA CN

Italy

n/a

SAVIAH CELLARS
1979 JB GEORGE RD.
WallaWalla, WA 99362


THE TRITON COLLECTION
26221 GOODSON ROAD
Roland, AR 72135


TORII MOR WINERY LLC
PO Box 26
Dundee, OR 97115


Advantage Transportation
4524 WEST 1980 SOUTH
Salt Lake City, UT 84104


Altus Receivables
Management
PO Box 1389
Kenner, LA 70063


Amavi Cellars LLC
3796 PEPPERS BRIDGE ROAD
WallaWalla, WA 99362


American Express
Attn: Bankruptcy Dept
200 Vesey St
New York, NY 10285-1000


ANDREW RICH WINES
3287 NE ALAMEDA ST
Portland, OR 97212

**ASV Wines, Inc**
1998 ROAD 152
Delano, CA 93215

**Atradius Collections**
3500 Lacy Rd 220
60515

**Atradius Collections**
3500 Lacey Rd #220
Downers Grove, IL 60515

**Aubrey Thrasher**
Attorneys at Law
12 Powders Springs St 240
Marietta, GA 30064

**Azienda Agricola Mauro Molino SSA**
C/O MHW 1129 NORTHERN BLVD SUITE 312
Manhasset, NY 11030

**BARBI SRL**
VITTORIO EMANUELLE II, 25
RONCADELLE, Italy 25030

**Bergevin Lane Vineyards**
1215 WEST POPLAR
WallaWalla, WA 99362

**BLUESTONE WINE SOLUTIONS**
2712 Loker AVE W #1070
Carlsbad, CA 92010

## BORTOLOMIOL SPA
GARIBALDI,
142 31049 VALDOBBIADENE (TV)n/a
Italy

## Bureau of Alcohol, Tobacco,
1521 1st Ave S #600
Seattle, WA 98134

## C Mondavi & Family
2800 Main St
Saint Helena, CA 94574

## Castellare di Castellina
Castellina in Chianti (Siena) 53011
n/a

## CHLOE WINES
1521 N 121ST STREET
Seattle, WA 98133

## COEUR DE TERRE VINEYARDS
21000 SW EAGLE POINT ROAD
97128

## Coface Group North America
650 College Rd East Suite 2005
Princeton, NJ 08540

## Comcast Xfinity
1701 JFK Boulevard
Philadelphia, PA 19103

## COVINGTON CELLARS

9206 200TH ST SE, C-1
Snohomish, WA 98296


## Craig's Mobile

14421 SOUTH EAST 192ND ST
Renton, WA 98058


## CRU Selections

1129 NORTHERN BLVD #312
Manhasset, NY 11030


## Culligan Water

3728 E LONGFELLOW AVE #1
Spokane, WA 99217-6703


## Dineen Family Vineyards

1175 Broadway East Unit 8
Zillah, WA 98953


## Edict Systems, Inc

2434 Esquire Dr
Dayton, OH 45431


## ELENTENY IMPORTS

PO Box 780578
Philadelphia, PA 19178-0578


## ELENTENY SERA WINE

1129 NORTHERN BLVD, #312
11030

**Ethica Wines**
3238 OLD HEATHER RD
San Diego, CA 92111


**F.X.MAGNER SELECTIONS INC**
173 MEMORIAL DRIVE #B
Shrewsbury, MA 01545


**FIOR DI SOLE - LOLA WINES**
P O BOX 6829
Napa, CA 94581


**FIRRIATO DISTRIBUZ**
VIA TRAPANI, 4
PACECO, Italy 91027
n/a


**Fisher Vineyards**
6200 ST. HELENA ROAD
Santa Rosa, CA 95404


**Foris Vineyards**
654 KENDALL RD.
Cave Junction, OR 97523


**Free Flow Wines Inc**
P O BOX 2189
Seal Beach, CA 90740


**FREEHAND CELLARS LLC**
PO Box 21144
Seattle, WA 98111

Good To Go!
P O BOX 34562


GRAMERCY CELLARS
C/O TKCPA
5 W. ALDER ST #215
WallaWalla, WA 99362


GRAZIANO IMPORTS
10865 NW 29TH ST
Miami, FL 33172


GVM Law
Attn: Nick Donavan
1000 Main St 300
Napa, CA 94559


Handcrafted Wine of Oregon
5035 NW Front Ave
Portland, OR 97210


HANDCRAFTED WINES OR, LLC
5035 NW FRONT AVE
Portland, OR 97210


HB WINE MERCHANTS/MHW LTD
C/O MHW LTD
884 ARTHURSVILLE ROAD
Manhasset, NY 11030


Hillebrand GORI
80 RIVER STREET 5TH FLOOR
Hoboken, NJ 07030

HYATT VINEYARDS
2020 GILBERT RD
Zillah, WA 98953


IRS
Centralized Insolvency Op
Po Box 7346
Philadelphia, PA 19101-7346


ISENHOWER CELLARS
3471 PRANGER ROAD
WallaWalla, WA 99362


ISUZU FINANCE OF AMER INC
7865 SOLUTION CENTER
Chicago, IL 60677-7008


Jeff Runquist Wines
10776 Shenandoah Road
Plymouth, CA 95669


JEFF WELBURN SELECTIONS
WINE AGENCIES, INC.
5152 SEPULVEDA BLVD #201
Sherman Oaks, CA 91403-1154


KEVIN WHITE WINERY
C/O 7336 12TH AVE NW
Seattle, WA 98117


LANGETWINS WINE CO/LCF
WINES
1525 E JAHANT RD
Acampo, CA 95220

**Laterus Winery**
9206 200th St. SE Suite B-6
Snohomish, WA 98296

**LEMELSON WINERY**
12020 NE STAG HOLLOW RD
Carlton, OR 97111

**Liberty Mutual Insurance**
P O BOX 91013
Chicago, IL 60680-1171

**MAURO MOLINO**
FRAZ ANNUNZIATA GANCIA
East Worcester, NY 12064

**MS WALKER INC**
975 UNIVERSITY AVE
Norwood, MA 02062

**MSC Shipping USA**
450 5TH AVENUE
New York, NY 10018

**OnDeck**
4700 W. Daybreak Pkwy Suite 200
South Jordan, UT 84009

**Ondeck Captial**
4700 W. Daybreak Pkwy. 200
South Jordan, UT 84009

O'NEILL VINTNERs &
Distributors
8418 S LAC JAC AVE
Parlier, CA 93648


OVUM WINES LLC
3517 E BURNSIDE ST
Portland, OR 97214


PALM BAY INTERNATIONAL
P. O. BOX 978922
Dallas, TX 75397-8922


PAROLVINI US CORP.
74 Linwood Av
Fairfield, CT 06824


PCT Logistics, Inc
PO Box 1799
Atascadero, CA 93423


Peninsula Truck Line
P O BOX 748895
Los Angeles, CA 90074-8895


Pepper Bridge Winery LLC
3796 Peppers Bridge Rd
WallaWalla, WA 99362


Pepper Bridge Winery LLC
14810 NE 145th St A3
Woodinville, WA 98072

**Pepper Bridge Winery LLC**
3796 PEPPERS BRIDGE ROAD
WallaWalla, WA 99362


**PHELPS CREEK VINEYARDS**
1808 COUNTRY CLUB RD.
Hood River, OR 97031


**Principal Finance**
PO Box 77202
Minneapolis, MN 55480-7200


**Prologis**
General Counsel
1800 Wazee St 500
Denver, CO 80202


**Prologis Targeted US Logistics Fund LP**
12720 Gateway Drive 110
Tukwila, WA 98168


**Puget Sound Energy**
10885 NE 4th St
Bellevue, WA 98004


**RASA VINEYARDS**
4122 POWERLINE RD
WallaWalla, WA 99362


**Republic Services**
1600 127TH AVENUE NE
Bellevue, WA 98005

## ROBERT BIALE VINEYARDS

4038 BIG RANCH ROAD

Napa, CA 94558

## RWC Group

600 N 75TH AVE

Phoenix, AZ 85043

## Sayre Law Office PLLC

1417 - 31st Ave S

Seattle, WA 98144

## Seaview Imports

48 Harbor Park Drive

Port Washington, NY 11050

## SHELL

PO Box 4337

Carol Stream, IL 60197-4337

## SOUND BUSINESS FORMS

9600 STONE AVE. N. #300

Seattle, WA 98103

## Sound Network Solutions

16915 SE 272ND ST STE #100-230

Covington, WA 98042

## Southern Starz

5973 ENGINEER DRIVE

Huntington Beach, CA 92649

Staples
P O BOX 105638
Atlanta, GA 30348-5638


TAUB FAMILY SELECTIONS
P O BOX 733488
Dallas, TX 75373-3488


Torii Mor Winery
P.O. Box 26
Dundee, OR 97115


Toyota Lift NW
12001 SE JENNIFER ST
Clackamas, OR 97015


Umpqua Bank
5885 Meadows Road, Suite 400
Lake Oswego, OR 97035


Umpqua Bank
5885 Meadows Road 400
Lake Oswego, OR 97035


Umpqua Bank
Elan Financial Services
P.O. Box 6335
Fargo, ND 58125


United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

**USA Wine Imports**
285 W Broadway #300
New York, NY 10013

**USA WINE W / TRIBAUT**
P.O. Box 894952
Los Angeles, CA 90189-4952

**USAWW MARCHESI MIGLIORATI**
3030 BRIDGEWAY, SUITE 127
Sausalito, CA 94965

**VALLEPICCIOLA SRL**
SP9 DI PIEVASCIATA N. 21
CASTELNUOVO BG
Italy 53019
n/a

**VAN DUZER VINEYARDS**
11975 SMITHFIELD RD
Dallas, OR 97338

**Verizon Wireless**
500 Technology Drive Suite 550
Saint Charles, MO 63304

**Vermont Info Processing**
402 WATERTOWER CIRCLE
Colchester, VT 05446

**Vino.com LLC dba Total Beverages**
P O BOX 737057
Dallas, TX 75373-7057

WA Dept of Labor &
Industries
Collections
P.O. Box 44171
Olympia, WA 98504-4171

WA State Liquor and
Cannabsis Board
P.O. Box 43085
Olympia, WA 98504

Washington State Department
of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121

Washington State Ferries
P. O. BOX 3985
Seattle, WA 98124

Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306

WEX
1 Hancock Street
Portland, ME 04101

WINE BRIDGE IMPORTS
PO Box 2272
Davis, CA 95617

WISD LLC
ATTN: ACCOUNTS RECEIVABLES
4320 MONSERRATE ST
Miami, FL 33146

YAMHILL VALLEY
16250 SW OLDSVILLE RD
Mcminnville, OR 97128


YARDEN INC
C/O MHW LTD
132 32ND ST., STE 111
Brooklyn, NY 11232


YELLOW HAWK RESORTS
DBA: BASEL CELLARS EST
2901 OLD MILTON HWY
WallaWalla, WA 99362


YOUNTVILLE WINE IMPORTS
PO Box 3899
94599